MR FILED RM
7/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

William Snoday
(full name of plaintiff or petitioner)

vs.

Tom Dart, C/O Scaiccion
C/O Watson
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)**

Case number: 1:25-cv-7995
Judge Steven C. Seeger
Magistrate Judge Laura K. McNally PC6
Direct Assignment

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

___ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

✓ to request an attorney

1. *Are you in custody?* ✓ Yes ___ No
   ID # 20220502094    Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? ___ Yes ✓ No
   If "Yes," how much per month? $ 0

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts: | $ ~~20~~ |
   | Deposits by others into your jail or prison account: | $ ~~~~ $100 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments: | $ 0 |
   | Any other source of money: | $ 0 |

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ___ Yes ✔ No   If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?   ___ Yes  ✔ No

   If yes, list each item of property and state its approximate value:
   _____
   _____

5. *Dependents:* Is anyone dependent on you for support?   ___ Yes  ✔ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _____
   _____

6. *Debts and financial obligations:* List any amounts you owe to others:
   0
   _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 6-10-25              _William R._
                              Applicant's signature
                           _William Snodey_
                              Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant named above, _William Snodey_, ID # _2022-8502-694_, has the sum of $ _622.23_ on account to his/her credit at _CCDOC_ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _429.00_ (Add all deposits from all sources and then divide by the number of months.)

Date: 3/2/25                _Robt Jewell_
                              Signature of authorized officer
                              Printed name

ROBERT JEWELL
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 09, 2026

Rev. 2/2020                                        Page 1 of 2

# Resident Transaction Details

Transactions From 5/2/2022 12:00 AM to 7/2/2025 11:59 PM

**0329689 : Snodey, William**
DIV9 3H 3259

*[handwritten: 2574 / 629-]*

Cook Checking Main Balance: $622.33

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 9151195 | 7/2/2025 | BillPay | | | PAYMENT FOR TRANS 9151194 | -$123.82 | $622.33 |
| 9151194 | 7/2/2025 | Bill | $123.82 | $123.82 | Commissary : COMMISSARY 7/2/2025 REF:16005 | | $746.15 |
| 9141871 | 6/30/2025 | CredPay | | | PAYMENT FOR TRANS 9141870 | $35.00 | $746.15 |
| 9141870 | 6/30/2025 | Credit | $35.00 | $35.00 | Payroll : TCN: 20250630146434 | PR26 6/28/25 DIV9 POWERWASHER | | $711.15 |
| 9140675 | 6/30/2025 | BillPay | | | PAYMENT FOR TRANS 9140674 | -$14.00 | $711.15 |
| 9140674 | 6/30/2025 | Bill | $14.00 | $14.00 | Commissary : COMMISSARY 6/30/2025 REF:15991 | | $725.15 |
| 9109116 | 6/25/2025 | BillPay | | | PAYMENT FOR TRANS 9109115 | -$33.53 | $725.15 |
| 9109115 | 6/25/2025 | Bill | $33.53 | $33.53 | Commissary : COMMISSARY 6/25/2025 REF:15973 | | $758.68 |
| 9102371 | 6/23/2025 | CredPay | | | PAYMENT FOR TRANS 9102370 | $290.00 | $758.68 |
| 9102370 | 6/23/2025 | Credit | $290.00 | $290.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $468.68 |
| 9102369 | 6/23/2025 | StlmntRcpt | | | | $290.00 | $758.68 |
| 9102362 | 6/23/2025 | Settlement | | | | -$290.00 | $758.68 |
| 9102355 | 6/23/2025 | CredPay | | | PAYMENT FOR TRANS 9102354 | $290.00 | $758.68 |
| 9102354 | 6/23/2025 | Credit | $290.00 | $290.00 | JailATM : JailATM Web Deposit GC# 75150002 by | | $468.68 |

## 0329689 : Snodey, William
### DIV9 3H 3259

| | Cook Checking Main Balance: | $622.33 |
|---|---|---|

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct<br>South Holland, IL 60473 | | |
| 9100611 | 6/23/2025 | BillPay | | | PAYMENT FOR TRANS 9100610 | -$4.00 | $468.68 |
| 9100610 | 6/23/2025 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 6/23/2025 REF:15961 | | $472.68 |
| 9098309 | 6/23/2025 | CredPay | | | PAYMENT FOR TRANS 9098308 | $35.00 | $472.68 |
| 9098308 | 6/23/2025 | Credit | $35.00 | $35.00 | Payroll : TCN: 20250623145861 | PR25 6/21/25 DIV9 POWERWASHER | | $437.68 |
| 9077792 | 6/19/2025 | CredPay | | | PAYMENT FOR TRANS 9077791 | $300.00 | $437.68 |
| 9077791 | 6/19/2025 | Credit | $300.00 | $300.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $137.68 |
| 9077790 | 6/19/2025 | StlmntRcpt | | | | $300.00 | $437.68 |
| 9077783 | 6/19/2025 | Settlement | | | | -$300.00 | $437.68 |
| 9077778 | 6/19/2025 | CredPay | | | PAYMENT FOR TRANS 9077777 | $300.00 | $437.68 |
| 9077777 | 6/19/2025 | Credit | $300.00 | $300.00 | JailATM : JailATM Web Deposit GC# 75016152 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct<br>South Holland, IL 60473 | | $137.68 |
| 9070784 | 6/18/2025 | BillPay | | | PAYMENT FOR TRANS 9070783 | -$64.23 | $137.68 |
| 9070783 | 6/18/2025 | Bill | $64.23 | $64.23 | Commissary : COMMISSARY 6/18/2025 REF:15934 | | $201.91 |

## 0329689 : Snodey, William
### DIV9 3H 3259

| | Cook Checking Main Balance: | $622.33 |
|---|---|---|

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 9066541 | 6/17/2025 | CredPay | | | PAYMENT FOR TRANS 9066540 | $35.00 | $201.91 |
| 9066540 | 6/17/2025 | Credit | $35.00 | $35.00 | Payroll : TCN: 20250617145553 | PR24 6/14/25 DIV9 POWERWASHER | | $166.91 |
| 9061799 | 6/16/2025 | BillPay | | | PAYMENT FOR TRANS 9061798 | -$4.00 | $166.91 |
| 9061798 | 6/16/2025 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 6/16/2025 REF:15926 | | $170.91 |
| 9029387 | 6/11/2025 | BillPay | | | PAYMENT FOR TRANS 9029386 | -$44.80 | $170.91 |
| 9029386 | 6/11/2025 | Bill | $44.80 | $44.80 | Commissary : COMMISSARY 6/11/2025 REF:15910 | | $215.71 |
| 9019603 | 6/9/2025 | CredPay | | | PAYMENT FOR TRANS 9019602 | $35.00 | $215.71 |
| 9019602 | 6/9/2025 | Credit | $35.00 | $35.00 | Payroll : TCN: 20250609144715 | PR23 6/7/25 DIV9 POWERWASHER | | $180.71 |
| 8989316 | 6/4/2025 | BillPay | | | PAYMENT FOR TRANS 8989315 | -$119.36 | $180.71 |
| 8989315 | 6/4/2025 | Bill | $119.36 | $119.36 | Commissary : COMMISSARY 6/4/2025 REF:15868 | | $300.07 |
| 8981316 | 6/2/2025 | CredPay | | | PAYMENT FOR TRANS 8981315 | $300.00 | $300.07 |
| 8981315 | 6/2/2025 | Credit | $300.00 | $300.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.07 |
| 8981314 | 6/2/2025 | StlmntRcpt | | | | $300.00 | $300.07 |
| 8981310 | 6/2/2025 | Settlement | | | | -$300.00 | $300.07 |
| 8981307 | 6/2/2025 | CredPay | | | PAYMENT FOR TRANS 8981306 | $300.00 | $300.07 |
| 8981306 | 6/2/2025 | Credit | $300.00 | $300.00 | JailATM : JailATM Web Deposit GC# 74542419 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct | | $0.07 |

## 0329689 : Snodey, William
DIV9 3H 3259

Cook Checking Main Balance: $622.33

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | South Holland , IL 60473 | | |
| 8947165 | 5/28/2025 | BillPay | | | PAYMENT FOR TRANS 8947164 | -$6.45 | $0.07 |
| 8947164 | 5/28/2025 | Bill | $6.45 | $6.45 | Commissary : COMMISSARY 5/28/2025 REF:15829 | | $6.52 |
| 8870013 | 5/14/2025 | BillPay | | | PAYMENT FOR TRANS 8870012 | -$74.55 | $6.52 |
| 8870012 | 5/14/2025 | Bill | $74.55 | $74.55 | Commissary : COMMISSARY 5/14/2025 REF:15755 | | $81.07 |
| 8831355 | 5/7/2025 | BillPay | | | PAYMENT FOR TRANS 8831354 | -$83.38 | $81.07 |
| 8831354 | 5/7/2025 | Bill | $83.38 | $83.38 | Commissary : COMMISSARY 5/7/2025 REF:15703 | | $164.45 |
| 8789812 | 4/30/2025 | BillPay | | | PAYMENT FOR TRANS 8789811 | -$29.17 | $164.45 |
| 8789811 | 4/30/2025 | Bill | $29.17 | $29.17 | Commissary : COMMISSARY 4/30/2025 REF:15670 | | $193.62 |
| 8749152 | 4/23/2025 | BillPay | | | PAYMENT FOR TRANS 8749151 | -$107.48 | $193.62 |
| 8749151 | 4/23/2025 | Bill | $107.48 | $107.48 | Commissary : COMMISSARY 4/23/2025 REF:15623 | | $301.10 |
| 8742136 | 4/21/2025 | CredPay | | | PAYMENT FOR TRANS 8742135 | $290.00 | $301.10 |
| 8742135 | 4/21/2025 | Credit | $290.00 | $290.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $11.10 |
| 8742134 | 4/21/2025 | StlmntRcpt | | | | $290.00 | $301.10 |
| 8742127 | 4/21/2025 | Settlement | | | | -$290.00 | $301.10 |
| 8742106 | 4/21/2025 | CredPay | | | PAYMENT FOR TRANS 8742105 | $290.00 | $301.10 |
| 8742105 | 4/21/2025 | Credit | $290.00 | $290.00 | JailATM : JailATM Web Deposit GC# 73342337 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct | | $11.10 |

## 0329689 : Snodey, William
DIV9 3H 3259

Cook Checking Main Balance: $622.33

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| | | | | | South Holland , IL 60473 | | |
| 8709081 | 4/16/2025 | BillPay | | | PAYMENT FOR TRANS 8709080 | -$117.64 | $11.10 |
| 8709080 | 4/16/2025 | Bill | $117.64 | $117.64 | Commissary : COMMISSARY 4/16/2025 REF:15582 | | $128.74 |
| 8667615 | 4/9/2025 | BillPay | | | PAYMENT FOR TRANS 8667614 | -$81.39 | $128.74 |
| 8667614 | 4/9/2025 | Bill | $81.39 | $81.39 | Commissary : COMMISSARY 4/9/2025 REF:15526 | | $210.13 |
| 8627184 | 4/2/2025 | BillPay | | | PAYMENT FOR TRANS 8627183 | -$89.36 | $210.13 |
| 8627183 | 4/2/2025 | Bill | $89.36 | $89.36 | Commissary : COMMISSARY 4/2/2025 REF:15471 | | $299.49 |
| 8623100 | 4/1/2025 | CredPay | | | PAYMENT FOR TRANS 8623099 | $299.00 | $299.49 |
| 8623099 | 4/1/2025 | Credit | $299.00 | $299.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.49 |
| 8623098 | 4/1/2025 | StlmntRcpt | | | | $299.00 | $299.49 |
| 8623091 | 4/1/2025 | Settlement | | | | -$299.00 | $299.49 |
| 8623088 | 4/1/2025 | CredPay | | | PAYMENT FOR TRANS 8623087 | $299.00 | $299.49 |
| 8623087 | 4/1/2025 | Credit | $299.00 | $299.00 | JailATM : JailATM Web Deposit GC# 72736402 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct<br>South Holland , IL 60473 | | $0.49 |
| 8585969 | 3/26/2025 | BillPay | | | PAYMENT FOR TRANS 8585968 | -$37.65 | $0.49 |
| 8585968 | 3/26/2025 | Bill | $37.65 | $37.65 | Commissary : COMMISSARY 3/26/2025 REF:15435 | | $38.14 |
| 8544539 | 3/19/2025 | BillPay | | | PAYMENT FOR TRANS 8544538 | -$67.08 | $38.14 |

## 0329689 : Snodey, William
DIV9 3H 3259

Cook Checking Main Balance: $622.33

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8544538 | 3/19/2025 | Bill | $67.08 | $67.08 | Commissary : COMMISSARY 3/19/2025 REF:15395 | | $105.22 |
| 8526696 | 3/16/2025 | CredPay | | | PAYMENT FOR TRANS 8526695 | $100.00 | $105.22 |
| 8526695 | 3/16/2025 | Credit | $100.00 | $100.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $5.22 |
| 8526694 | 3/16/2025 | StlmntRcpt | | | | $100.00 | $105.22 |
| 8526687 | 3/16/2025 | Settlement | | | | -$100.00 | $105.22 |
| 8526682 | 3/16/2025 | CredPay | | | PAYMENT FOR TRANS 8526681 | $100.00 | $105.22 |
| 8526681 | 3/16/2025 | Credit | $100.00 | $100.00 | JailATM : JailATM Web Deposit GC# 72303942 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct<br>South Holland , IL 60473 | | $5.22 |
| 8502798 | 3/12/2025 | BillPay | | | PAYMENT FOR TRANS 8502797 | -$49.98 | $5.22 |
| 8502797 | 3/12/2025 | Bill | $49.98 | $49.98 | Commissary : COMMISSARY 3/12/2025 REF:15354 | | $55.20 |
| 8459868 | 3/5/2025 | BillPay | | | PAYMENT FOR TRANS 8459867 | -$10.00 | $55.20 |
| 8459867 | 3/5/2025 | Bill | $10.00 | $10.00 | Commissary : COMMISSARY 3/5/2025 REF:15311 | | $65.20 |
| 8459267 | 3/5/2025 | BillPay | | | PAYMENT FOR TRANS 8459266 | -$103.51 | $65.20 |
| 8459266 | 3/5/2025 | Bill | $103.51 | $103.51 | Commissary : COMMISSARY 3/5/2025 REF:15310 | | $168.71 |
| 8417721 | 2/26/2025 | BillPay | | | PAYMENT FOR TRANS 8417720 | -$45.77 | $168.71 |
| 8417720 | 2/26/2025 | Bill | $45.77 | $45.77 | Commissary : COMMISSARY 2/26/2025 REF:15272 | | $214.48 |
| 8407705 | 2/24/2025 | BillPay | | | PAYMENT FOR TRANS 8407704 | -$20.00 | $214.48 |

## 0329689 : Snodey, William
DIV9 3H 3259

Cook Checking Main Balance: $622.33

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8407704 | 2/24/2025 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 2/24/2025 REF:15253 | | $234.48 |
| 8357632 | 2/19/2025 | BillPay | | | PAYMENT FOR TRANS 8357631 | -$123.55 | $234.48 |
| 8357631 | 2/19/2025 | Bill | $123.55 | $123.55 | Commissary : COMMISSARY 2/19/2025 REF:15228 | | $358.03 |
| 8321270 | 2/12/2025 | BillPay | | | PAYMENT FOR TRANS 8321269 | -$126.75 | $358.03 |
| 8321269 | 2/12/2025 | Bill | $126.75 | $126.75 | Commissary : COMMISSARY 2/12/2025 REF:15185 | | $484.78 |
| 8285018 | 2/5/2025 | CredPay | | | PAYMENT FOR TRANS 8285017 | $10.12 | $484.78 |
| 8285017 | 2/5/2025 | Credit | $10.12 | $10.12 | Commissary : COMMISSARY CREDIT 2/5/2025 REF:15151 | | $474.66 |
| 8260884 | 2/2/2025 | CredPay | | | PAYMENT FOR TRANS 8260883 | $270.00 | $474.66 |
| 8260883 | 2/2/2025 | Credit | $270.00 | $270.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $204.66 |
| 8260882 | 2/2/2025 | StlmntRcpt | | | | $270.00 | $474.66 |
| 8260878 | 2/2/2025 | Settlement | | | | -$270.00 | $474.66 |
| 8260875 | 2/2/2025 | CredPay | | | PAYMENT FOR TRANS 8260874 | $270.00 | $474.66 |
| 8260874 | 2/2/2025 | Credit | $270.00 | $270.00 | JailATM : JailATM Web Deposit GC# 71081557 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct<br>South Holland , IL  60473 | | $204.66 |
| 8244928 | 1/29/2025 | BillPay | | | PAYMENT FOR TRANS 8244927 | -$121.09 | $204.66 |
| 8244927 | 1/29/2025 | Bill | $121.09 | $121.09 | Commissary : COMMISSARY 1/29/2025 REF:15105 | | $325.75 |

## 0329689 : Snodey, William
DIV9 3H 3259

Cook Checking Main Balance: $622.33

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8213656 | 1/23/2025 | CredPay | | | PAYMENT FOR TRANS 8213655 | $16.73 | $325.75 |
| 8213655 | 1/23/2025 | Credit | $16.73 | $16.73 | Commissary : COMMISSARY CREDIT 1/23/2025 REF:15075 | | $309.02 |
| 8206174 | 1/22/2025 | BillPay | | | PAYMENT FOR TRANS 8206173 | -$81.25 | $309.02 |
| 8206173 | 1/22/2025 | Bill | $81.25 | $81.25 | Commissary : COMMISSARY 1/22/2025 REF:15063 | | $390.27 |
| 8202520 | 1/21/2025 | CredPay | | | PAYMENT FOR TRANS 8202519 | $300.00 | $390.27 |
| 8202519 | 1/21/2025 | Credit | $300.00 | $300.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $90.27 |
| 8202518 | 1/21/2025 | StlmntRcpt | | | | $300.00 | $390.27 |
| 8202514 | 1/21/2025 | Settlement | | | | -$300.00 | $390.27 |
| 8202499 | 1/21/2025 | CredPay | | | PAYMENT FOR TRANS 8202498 | $300.00 | $390.27 |
| 8202498 | 1/21/2025 | Credit | $300.00 | $300.00 | JailATM : JailATM Web Deposit GC# 70771085 by Chris Searcy<br>Paid By: Chris Searcy<br>17305 Windsor Ct<br>South Holland , IL 60473 | | $90.27 |
| 8197434 | 1/20/2025 | BillPay | | | PAYMENT FOR TRANS 8197433 | -$30.00 | $90.27 |
| 8197433 | 1/20/2025 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 1/20/2025 REF:15050 | | $120.27 |
| 8170623 | 1/15/2025 | CredPay | | | PAYMENT FOR TRANS 8170622 | $120.00 | $120.27 |
| 8170622 | 1/15/2025 | Credit | $120.00 | $120.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.27 |
| 8170621 | 1/15/2025 | StlmntRcpt | | | | $120.00 | $120.27 |

# 0329689 : Snodey, William
## DIV9 3H 3259

Cook Checking Main Balance: $622.33

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8170614 | 1/15/2025 | Settlement | | | | -$120.00 | $120.27 |
| 8170606 | 1/15/2025 | CredPay | | | PAYMENT FOR TRANS 8170605 | $120.00 | $120.27 |
| 8170605 | 1/15/2025 | Credit | $120.00 | $120.00 | JailATM : JailATM Web Deposit GC# 70618700 by Mary Halsell<br>Paid By: Mary Halsell<br>8420 S Kenneth<br>Chicago , IL 60652 | | $0.27 |
| 8168408 | 1/15/2025 | BillPay | | | PAYMENT FOR TRANS 8168407 | -$28.88 | $0.27 |
| 8168407 | 1/15/2025 | Bill | $28.88 | $28.88 | Commissary : COMMISSARY 1/15/2025 REF:15020 | | $29.15 |
| 8132422 | 1/8/2025 | BillPay | | | PAYMENT FOR TRANS 8132421 | -$120.82 | $29.15 |
| 8132421 | 1/8/2025 | Bill | $120.82 | $120.82 | Commissary : COMMISSARY 1/8/2025 REF:14985 | | $149.97 |
| 8091717 | 12/30/2024 | BillPay | | | PAYMENT FOR TRANS 8091716 | -$55.85 | $149.97 |
| 8091716 | 12/30/2024 | Bill | $55.85 | $55.85 | Commissary : COMMISSARY 12/30/2024 REF:14951 | | $205.82 |
| 8067702 | 12/24/2024 | CredPay | | | PAYMENT FOR TRANS 8067701 | $4.40 | $205.82 |
| 8067701 | 12/24/2024 | Credit | $4.40 | $4.40 | Commissary : COMMISSARY CREDIT 12/24/2024 REF:14938 | | $201.42 |
| 8036794 | 12/19/2024 | CredPay | | | PAYMENT FOR TRANS 8036793 | $200.00 | $201.42 |
| 8036793 | 12/19/2024 | Credit | $200.00 | $200.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $1.42 |
| 8036792 | 12/19/2024 | StlmntRcpt | | | | $200.00 | $201.42 |
| 8036788 | 12/19/2024 | Settlement | | | | -$200.00 | $201.42 |

## 0329689 : Snodey, William

DIV9 3H 3259

| | Cook Checking Main Balance: | $622.33 |
|---|---|---|

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8036785 | 12/19/2024 | CredPay | | | PAYMENT FOR TRANS 8036784 | $200.00 | $201.42 |
| 8036784 | 12/19/2024 | Credit | $200.00 | $200.00 | JailATM : JailATM Web Deposit GC# 69924271 by Ida Searcy<br>Paid By: Ida Searcy<br>11652 South Merrion Lane<br>Merrionette Park, IL 60803 | | $1.42 |
| 8029889 | 12/18/2024 | BillPay | | | PAYMENT FOR TRANS 8029888 | -$47.67 | $1.42 |
| 8029888 | 12/18/2024 | Bill | $47.67 | $47.67 | Commissary : COMMISSARY 12/18/2024 REF:14900 | | $49.09 |
| 8017995 | 12/16/2024 | CredPay | | | PAYMENT FOR TRANS 8017994 | $25.00 | $49.09 |
| 8017994 | 12/16/2024 | Credit | $25.00 | $25.00 | Donations to Inmate Accounts : TCN: 2024121604493 \| Willie Wilson Productions | | $24.09 |
| 7947218 | 12/4/2024 | BillPay | | | PAYMENT FOR TRANS 7947217 | -$125.96 | $24.09 |
| 7947217 | 12/4/2024 | Bill | $125.96 | $125.96 | Commissary : COMMISSARY 12/4/2024 REF:14822 | | $150.05 |
| 7938379 | 12/2/2024 | CredPay | | | PAYMENT FOR TRANS 7938378 | $150.00 | $150.05 |
| 7938378 | 12/2/2024 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.05 |
| 7938377 | 12/2/2024 | StlmntRcpt | | | | $150.00 | $150.05 |
| 7938355 | 12/2/2024 | Settlement | | | | -$150.00 | $150.05 |
| 7938324 | 12/2/2024 | CredPay | | | PAYMENT FOR TRANS 7938323 | $150.00 | $150.05 |
| 7938323 | 12/2/2024 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 69496801 by Mary Halsell<br>Paid By: Mary Halsell | | $0.05 |

## 0329689 : Snodey, William
### DIV9 3H 3259

| Cook Checking Main Balance: | $622.33 |
|---|---|

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 8420 S Kenneth<br>Chicago, IL 60652 |  |  |
| 7912106 | 11/26/2024 | BillPay |  |  | PAYMENT FOR TRANS 7912105 | -$52.51 | $0.05 |
| 7912105 | 11/26/2024 | Bill | $52.51 | $52.51 | Commissary : COMMISSARY 11/26/2024 REF:14791 |  | $52.56 |
| 7900500 | 11/23/2024 | BillPay |  |  | PAYMENT FOR TRANS 7900499 | -$20.00 | $52.56 |
| 7900499 | 11/23/2024 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 11/23/2024 REF:14775 |  | $72.56 |
| 7881165 | 11/20/2024 | BillPay |  |  | PAYMENT FOR TRANS 7881164 | -$103.04 | $72.56 |
| 7881164 | 11/20/2024 | Bill | $103.04 | $103.04 | Commissary : COMMISSARY 11/20/2024 REF:14744 |  | $175.60 |
| 7863114 | 11/17/2024 | CredPay |  |  | PAYMENT FOR TRANS 7863113 | $150.00 | $175.60 |
| 7863113 | 11/17/2024 | Credit | $150.00 | $150.00 | ACH Settlement Fund : Primary balance receipt from TF Checking |  | $25.60 |
| 7863112 | 11/17/2024 | StlmntRcpt |  |  |  | $150.00 | $175.60 |
| 7863087 | 11/17/2024 | Settlement |  |  |  | -$150.00 | $175.60 |
| 7863055 | 11/17/2024 | CredPay |  |  | PAYMENT FOR TRANS 7863054 | $150.00 | $175.60 |
| 7863054 | 11/17/2024 | Credit | $150.00 | $150.00 | JailATM : JailATM Web Deposit GC# 69133854 by Mary Halsell<br>Paid By: Mary Halsell<br>8420 S Kenneth<br>Chicago, IL 60652 |  | $25.60 |
| 7845351 | 11/13/2024 | BillPay |  |  | PAYMENT FOR TRANS 7845350 | -$122.84 | $25.60 |
| 7845350 | 11/13/2024 | Bill | $122.84 | $122.84 | Commissary : COMMISSARY 11/13/2024 REF:14707 |  | $148.44 |

## 0329689 : Snodey, William
### DIV9 3H 3259

| Cook Checking Main Balance: | $622.33 |
|---|---|

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 7826919 | 11/10/2024 | CredPay | | | PAYMENT FOR TRANS 7826918 | $95.00 | $148.44 |
| 7826918 | 11/10/2024 | Credit | $95.00 | $95.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $53.44 |
| 7826917 | 11/10/2024 | StlmntRcpt | | | | $95.00 | $148.44 |
| 7826901 | 11/10/2024 | Settlement | | | | -$95.00 | $148.44 |
| 7826891 | 11/10/2024 | CredPay | | | PAYMENT FOR TRANS 7826890 | $95.00 | $148.44 |
| 7826890 | 11/10/2024 | Credit | $95.00 | $95.00 | JailATM : JailATM Web Deposit GC# 68951525 by Kristan Smith<br>Paid By: Kristan Smith<br>12405 s. Sangamon st<br>Calumet Park, IL 60827 | | $53.44 |
| 7816804 | 11/7/2024 | BillPay | | | PAYMENT FOR TRANS 7816803 | -$27.24 | $53.44 |
| 7816803 | 11/7/2024 | Bill | $27.24 | $27.24 | Commissary : COMMISSARY 11/7/2024 REF:14681 | | $80.68 |
| 7804001 | 11/4/2024 | BillPay | | | PAYMENT FOR TRANS 7804000 | -$20.00 | $80.68 |
| 7804000 | 11/4/2024 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 11/4/2024 REF:14659 | | $100.68 |
| 7783326 | 10/31/2024 | BillPay | | | PAYMENT FOR TRANS 7783325 | -$108.15 | $100.68 |
| 7783325 | 10/31/2024 | Bill | $108.15 | $108.15 | Commissary : COMMISSARY 10/31/2024 REF:14649 | | $208.83 |
| 7781052 | 10/30/2024 | CredPay | | | PAYMENT FOR TRANS 7781051 | $200.00 | $208.83 |
| 7781051 | 10/30/2024 | Credit | $200.00 | $200.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $8.83 |
| 7781050 | 10/30/2024 | StlmntRcpt | | | | $200.00 | $208.83 |

William Snodey 70770507094
2700 S. California
Chicago IL 60608



RECEIVED
JUL 14 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. district Court
219 S. DEARBorn Street
20th Floor, Chicago IL
60604



07/14/2025-32